UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIN JUSTICE #696223, )<br>   PLAINTIFF, )<br>) <br>V. )<br>)<br>JONATHAN B.D. SIMON, )<br>   DEFENDANT. )<br>_____ ) | NO. 1:22-CV-358<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 18, 2022        /s/ Paul L. Maloney
                      Paul L. Maloney
                      United States District Judge